UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

RANDY GLENN JOHNSON                              CIVIL ACTION NO. 19-1229

VERSUS                                          JUDGE SUMMERHAYS

U S COMMISSIONER SOCIAL SECURITY                MAGISTRATE JUDGE
ADMINISTRATION                                  WHITEHURST

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate

Judge previously filed herein, and having thoroughly reviewed the record, including

the lack of written objections filed, and concurring with the findings of the

Magistrate Judge under the applicable law;

**IT IS ORDERED** that the decision of the Commissioner is **AFFIRMED** and

this matter is dismissed with prejudice.

THUS DONE AND SIGNED at Lafayette, Louisiana, this the ____6th____

day of ____August____, 2021.

_____
UNITED STATES DISTRICT JUDGE